UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA

| | |
|---|---|
| CURTIS L. DALE, | ) |
| Plaintiff, | ) |
| vs. | ) 1:02-cv-143-SEB-VSS |
| P.O. POSTON, et al., | ) |
| Defendants. | ) |

# J U D G M E N T

The court, having this day made its Entry,

**IT IS THEREFORE ADJUDGED** that the defendants' motion for summary judgment is **granted,** that judgment is entered for the defendants and against the plaintiff, and that this cause of action is dismissed with prejudice.

The costs of this action are assessed against the plaintiff.

Date: 05/11/2006

SARAH EVANS BARKER, JUDGE
United States District Court
Southern District of Indiana

Distribution:

Curtis L. Dale, # 11165-026, United States Penitentiary, P.O. Box 5000, Pekin, IL 61555-5000

Thomas Kieper, Office of the United States Attorney, 10 West Market Street   Suite 2100, Indianapolis, IN  46204-3048

Shelese M. Woods, UNITED STATES ATTORNEY'S OFFICE, shelese.woods@usdoj.gov

Richard A. Waples, WAPLES & HANGER, richwaples@aol.com